**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE VASQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>        Respondent. | ) NO. EDCV 07-1682-JVS (MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 23, 2009.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE